

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

July 7, 2023

2023-1795 - Dexcom, Inc. v. Abbott Diabetes Care, Inc.

# NOTICE OF NON-COMPLIANCE

The document (Appellee's Response Brief) submitted by Abbott Diabetes Care Sales Corporation and Abbott Diabetes Care, Inc. is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The caption provided on the document does not follow the official caption provided by the Clerk. The official caption can be found on the docket report. Fed. R. App. P. 32(c)(2)(A) (other papers); Fed. Cir. R. 32(a) (documents submitted with a cover).

  *Clerk's Note: The official caption has two designations (district and appellate courts' designations) for the parties.*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An

appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court
By: C. Behen, Deputy Clerk