# United States Court of Appeals for the Federal Circuit

---

**DEXCOM, INC.,**
*Plaintiff-Appellant*

v.

**ABBOTT DIABETES CARE, INC., ABBOTT DIABETES CARE SALES CORPORATION,**
*Defendants-Appellees*

---

2023-1795

---

Appeal from the United States District Court for the District of Delaware in Nos. 1:22-cv-00605-KAJ, 1:21-cv-01699-KAJ, Circuit Judge Kent A. Jordan.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

January 3, 2024
Date

Jarrett B. Perlow
Clerk of Court